1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   AMA BAHATI BERNARD,                        No.  2:17-cv-0347 AC P

12                  Petitioner,

13        v.                                     ORDER

14   R. ZUNIGA,

15                  Respondent.

16

17        Petitioner, a federal inmate proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.

19        The application challenges execution of a conviction issued by the United States District

20   Court in the Southern District of California.  While both this court and the United States District

21   Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial

22   Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the

23   resolution of petitioner's application are more readily available in San Diego County.  Id. at 499

24   n.15; 28 U.S.C. § 2241(d).

25        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

26        1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

27   /////

28   /////

                                                    1

1    2.  This matter is transferred to the United States District Court for the Southern District of

2  California.

3  DATED: March 1, 2017

4  <span>_____</span>

5  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28